BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
DAVID A. CARRASCO
Supervising Deputy Attorney General
BARBARA A. MORRIS, State Bar No. 137680
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-3870
 Fax: (916) 324-5205

Attorneys for Defendant Craig
SA2006302144

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN ERIC CHATMON,**<br><br>                             Plaintiff,<br><br>        v.<br><br>**BERRY, et al.,**<br><br>                             Defendants. | CASE NO. 2:05-cv-01593-GEB-PAN (JFM)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING** |

**GOOD CAUSE APPEARING**, Defendant is granted an extension of time to Wednesday, August 23, 2006, in which to file a responsive pleading.

**IT IS SO ORDERED**.

DATED: July 31, 2006.

*/s/ John F. Moulds*
UNITED STATES MAGISTRATE JUDGE

14chat1593.ext

1