IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ERIC CHATMON,

       Plaintiff,                        No. CIV S-05-1593 GEB EFB P

    vs.

BERRY, et al.,

       Defendants.          ORDER

_____/

     Plaintiff requests a second extension of time to file and serve an opposition to defendants' August 23, 2006 motion to dismiss.  *See* Fed. R. Civ. P. 6(b).

     Plaintiff's November 6, 2006 request is granted and plaintiff has 45 days from the date this order is served to file and serve an opposition to defendants' August 23, 2006 motion to dismiss. No further extensions of time will be granted.

     So ordered.

Dated: November 13, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE