IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ERIC CHATMON,

    Plaintiff,                    No. CIV S-05-1593 GEB EFB P

    vs.

BERRY, et al.,

    Defendants.             <u>ORDER</u>

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. On October 4, 2006, plaintiff filed an untitled document alleging retaliatory actions by three defendants in this action and requesting forms for service on defendants. The court is unable to determine whether plaintiff is seeking to file an amended complaint or to file some other type of motion. The court will, therefore, permit plaintiff an opportunity to either file a motion to amend his complaint together with a proposed amended complaint, or file whatever other specific motion that plaintiff is attempting to assert.

        Rule 15(d) of the Federal Rules of Civil Procedure provides that a supplemental pleading "setting forth transactions or occurrences or events which have happened since the date of the pleading sought to be supplemented" may be permitted upon motion of a party. As a general rule, the grant or denial of leave to file a supplemental pleading is within the discretion

of the court. *Keith v. Volpe*, 858 F.2d 467 (9th Cir. 1988). In determining whether leave should be granted, the court will consider the following factors: 1) whether there is a reasonable relationship between the original and supplemental pleading; 2) whether granting the request is in the interest of judicial economy and will promote the speedy resolution of the entire controversy between the parties; 3) whether there was undue delay by the moving party in seeking leave; and 4) whether granting the motion will prejudice the opposing party. 6 Charles Alan Wright & Arthur R. Miller, *Federal Practice and Procedure* § 1506 (2d ed. 1987). Plaintiff is admonished that any proposed amended complaint must stand on its own, and not depend upon references back to the original complaint. Plaintiff must draft the complaint anew and set forth all allegations and causes of action that he seeks to assert. If leave is granted to file the amended complaint, that complaint will replace and supersede the prior complaint.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff is granted thirty days from the date of this order in which to file a motion to amend his complaint together with a proposed amended complaint, or whatever other motion plaintiff is seeking to assert.

2. Plaintiff shall clearly indicate in the caption the nature of the motion and state specifically the order being sought.

Dated: December 4, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE