IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ERIC CHATMON,

    Plaintiff,                    No. CIV S-05-1593 GEB EFB P

    vs.

BERRY, et al.,

    Defendants.              <u>ORDER</u>

       Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* § 1983. Plaintiff has requested a second extension of time to file and serve a motion to amend complaint together with a proposed second amended complaint . *See* Fed. R. Civ. P. 6(b).

       Plaintiff's May 1, 2007, motion is granted and plaintiff has 20 days from the date this order is served to file and serve a motion to amend complaint together with a proposed second amended complaint. The court does not intend to grant additional requests for extensions of time.

       So ordered.

Dated: May 23, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE