1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                 FOR THE EASTERN DISTRICT OF CALIFORNIA

8   JOHN ERIC CHATMON,

9              Plaintiff,                    No. CIV S-05-1593 GEB EFB P

10       vs.

11  BERRY, et al.,

12              Defendants.                  ORDER

13  _____/

14       Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations.

15  *See* 42 U.S.C. § 1983.  He has requested that the court appoint counsel.  District courts lack

16  authority to require counsel to represent indigent prisoners in section 1983 cases.  *Mallard v.*

17  *United States Dist. Court*, 490 U.S. 296, 298 (1989).  In exceptional circumstances, the court

18  may request counsel voluntarily to represent such a plaintiff.  28 U.S.C. § 1915(e)(1); *Terrell v.*

19  *Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36

20  (9th Cir. 1990).  The court finds that there are no exceptional circumstances in this case.

21       Accordingly, IT IS HEREBY ORDERED that plaintiff's August 20, 2007, request for

22  appointment of counsel is denied.

23  DATED:  September 17, 2007.

24  _____

25  EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE

26