IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ERIC CHATMON,

      Plaintiff,                        No. CIV S-05-1593 GEB EFB P

      vs.

BERRY, et al.,

      Defendants.                  FINDINGS AND RECOMMENDATIONS

_____/

      On March 27, 2007, the court granted plaintiff's request for leave to file an amended complaint and granted him a period of 30 days in which to do so. On May 23, 2007, the court granted plaintiff a 20-day extension of time in which to do so. The time to file an amended complaint has expired, and plaintiff has not filed an amended complaint.

      Accordingly, it is hereby RECOMMENDED that this action be dismissed. Fed. R. Civ. P. 41(b); Local Rule 11-110.

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections

1 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
2 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
3 Dated: October 10, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE