IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ERIC CHATMON,

      Plaintiff,                    No. CIV S-05-1593 GEB EFB P

  vs.

BERRY, et al.,

      Defendants.        ORDER
_____/

      Plaintiff is a prisoner without counsel seeking relief for civil rights violations. *See* 42 U.S.C. § 1983. On October 10, 2007, the court found that plaintiff had failed to file an amended complaint as directed by the court's March 27, 2007, order, and recommended dismissal of the action. On October 25, 2007, plaintiff filed objections, stating that he had not been able to file an amended complaint as he had been admitted to the psychiatric ward twice and placed on suicide watch.

      Accordingly, IT IS HEREBY ORDERED that:

      1. The October 10, 2007, findings and recommendations are vacated;

      2. Plaintiff shall file an amended complaint within 30 days from the date this order is served; and

////

3. The Clerk of the Court is directed to send to plaintiff a copy of the court's March 27, 2007, order granting him leave to amend his complaint.

Dated: November 19, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE