IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ERIC CHATMON,

       Plaintiff,                       No. CIV S-05-1593 GEB EFB P

      vs.

BERRY, et al.,

       Defendants.              FINDINGS AND RECOMMENDATIONS

                               /

      Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. On October 10, 2007, the court found that plaintiff had failed to file an amended complaint as directed by the court's March 27, 2007, order, and recommended dismissal of the action. On October 25, 2007, plaintiff filed objections. By order filed November 20, 2007, plaintiff was granted 30 days' leave to file an amended complaint. The thirty day period has now expired, and plaintiff has not filed an amended complaint. On December 7, 2007, plaintiff filed a letter requesting "postponement" of all of his civil cases because he is without his legal property. Plaintiff has had nine months in which to file his amended complaint. He has not shown good cause for his failure to do so despite numerous opportunities and generous extensions of time. The court will not grant further extensions of time.

////

1     Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without
2 prejudice.  *See* Local Rule 11-110; Fed. R. Civ. P. 41(b).
3     These findings and recommendations are submitted to the United States District Judge
4 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days
5 after being served with these findings and recommendations, any party may file written
6 objections with the court and serve a copy on all parties.  Such a document should be captioned
7 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
8 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
9 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
10 DATED: January 10, 2008.

                                      EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE

2